File Name: 08a0327n.06
Filed: June 9, 2008

NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

No. 07-6010

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

SANDI D. JACKSON, as next friend and parent
of, KEELY A. JACKSON,

      Plaintiffs-Appellants,

v.

FRANK MIX, SUSIE YONKERS, JEANNIE
COLE, AMY BURKE, SHANNON ATKINSON,
KIM WILSON, AMY NIX, KERI CRESS,

      Defendants-Appellees.

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE

_____/

Before:      KENNEDY and MARTIN, Circuit Judges, and HOOD, District Judge.[*]

      BOYCE F. MARTIN, JR., Circuit Judge.  Plaintiff Sandi Jackson alleges that defendants, individually and in concert with each other, violated her daughter Keely's constitutional rights. None of the factual allegations contained in her complaint, however, are linked with any specific defendant, and the complaint fails to address how defendants' actions were objectively unreasonable. Citing these failures, the district court gave Jackson twenty-one days to amend her complaint under *Achterhof v. Selvaggio*, 886 F.2d 826, 831 (6th Cir. 1989) (if a plaintiff fails to allege sufficient factual allegations necessary to sustain his § 1983 action, a court must accord the plaintiff an

_____

[*] The Honorable Joseph M. Hood, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

additional opportunity to come forward with such allegations).  Instead of curing the problem,

Jackson's second complaint simply re-alleges that "*all* of the defendants participated in violating her

substantive due process rights by committing several unconstitutional acts."  This is not specific

enough to sustain her claim, and the defendants are thus entitled to a dismissal of the complaint

under FED. R. CIV. P. 12(b)(6) (failure to state a claim upon which relief can be granted).  We thus

AFFIRM the holding of the district court.